**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1059**

---

PHILIP EMIABATA; SYLVIA EMIABATA,

        Plaintiffs - Appellants,

     v.

DAVID M. WARREN, U.S. Bankruptcy Judge, individually and in his official capacity as U.S. Bankruptcy Judge,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:24-cv-00245-FL)

---

Submitted:  June 12, 2025                      Decided:  June 16, 2025

---

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Philip Emiabata and Sylvia N. Emiabata, Appellants Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Philip and Sylvia Emiabata appeal the district court's order accepting the recommendation of the magistrate judge and dismissing under 28 U.S.C. § 1915(e)(2)(B) the Emiabatas' complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Emiabata v. Warren*, No. 5:24-cv-00245-FL (E.D.N.C. Nov. 25, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2